IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01397-WYD-CBS

CHRISTINE ORTEGA,

    Plaintiff,

v.

SOUTHERN COLORADO CLINIC, P.C.,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Unopposed Motion to Dismiss Claim Three of Plaintiff's Complaint (ECF No. 14) is **GRANTED.**  Plaintiff's Third Claim for Relief (Failure to provide notice of the Family Medical Leave Act ("FMLA")) and Plaintiff's claim for Exemplary Damages (within her Second Claim for Relief - Intentional Infliction of Emotional Distress) are **DISMISSED WITHOUT PREJUDICE.**  Accordingly, Defendant's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 10) is **DENIED AS MOOT**.

    Dated:  August 9, 2013