IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 13-cv-01397-WYD-CBS          Date: July 24, 2014
Courtroom Deputy: Amanda Montoya           FTR – Reporter Deck-Courtroom A402

*Parties:*                                  *Counsel:*

CHRISTINE ORTEGA                            Zachary Cordova

Plaintiff,

v.

SOUTHERN COLORADO CLINIC, P.C.              Brendan Benson
                                            Amy Miletich

Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session: 01:27 p.m.**
Court calls case. Appearances of counsel.

This matter comes before the court in regards to Motion for Leave to *Amend Expert Witness Disclosures* [31].

Mr. Cordova provides argument for motion. The expert in question has not prepared a report. A summary for the expert has been completed. There is a Motion for Summary Judgment [32] pending. The Plaintiff and the Defendant did not include any experts in Motion for Summary Judgment.

Mr. Benson provides argument in opposition of Motion for Leave. Mr. Benson addresses the court regarding what new information would be added if the motion is granted.

Mr. Cordova provides details about the non-retained expert discussed in the motion. The court reviews original disclosures with counsel. The court states the Plaintiffs first disclosure was deficient.

Mr. Cordova makes oral motion to withdraw Motion for Leave to *Amend Expert Witness Disclosures* [31].

**ORDERED:**   Mr. Cordova's oral Motion to Withdraw document 31 is **GRANTED.**   Motion for Leave to *Amend Expert Witness Disclosures* [31] is withdrawn.

HEARING CONCLUDED.

**Court in recess: 02:48 p.m.**
Total time in court: 01:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.